IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CHANNELL, | ) |
| | ) |
| Plaintiff , | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-1103-TFM |
| | ) |
| NUTRITION DISTRIBUTION, LLC, | ) |
| d/b/a ANABOLIC XTREME, | ) |
| DESIGNER SUPPLEMENTS, INC., | ) |
| et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

# ORDER

Pending before the Court is Defendant *Designer Supplements, Inc.'s Motion to Submit Limited-Purpose Discovery on Issue of Damages to Plaintiff* (Doc. 3, filed December 21, 2007). For good cause, it is **ORDERED** Plaintiff file a response to the motion **on or before January 4, 2008**. Until the Court rules on the motion, no responses to the requested discovery is required.

DONE this 21st day of December, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE