IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CHANNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:07-CV-1103 |
| | ) |
| NUTRITION DISTRIBUTION, LLC, d/b/a ANABOLIC XTREME, DESIGNER SUPPLEMENTS, INC., et al., | ) ) ) |
| | ) |
| Defendants. | ) |

### CONFLICT DISCLOSURE STATEMENT BY DPS NUTRITION, INC.

COMES NOW, DPS Nutrition, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No.: 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

√   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

1-2-08_____  /s/ Kathy R. Davis_____
Date                                                              Counsel

DPS Nutrition, Inc._____
Counsel for (print names of all parties)

100 Vestavia Pkwy, Birmingham, AL 35216
Address, City, State Zip Code

(205) 822-2006_____
Telephone Number

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 2, 2008, an exact copy of the foregoing instrument has been served on:

W. Roger Smith, III, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles
234 Commerce Street
Montgomery, AL 36104

David F. Miceli, Esq.
David F. Miceli, LLC
119 Maple Street, Suite 201
Carrollton, GA 30117

S. Anthony Higgins, Esq.
Attorney for Designer Supplements, Inc.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P. O. Box 4128
Montgomery, Alabama 36103

Andy Clausen, Esq.
Attorney for Nutrition Distribution, LLC
One St. Louis Center, Suite 5000
Mobile, Alabama 36602

Anabolic Resources, LLC
c/o Richard Smith
2440 W. 12th Street, Suite 3
Tempe, AZ 85281

STG Investors, LLC
c/o Your Entity Solution, LLC
6628 Sky Pointe Drive, Suite 290
Las Vegas, NE 89131

                                               /s/ Kathy R. Davis
                                               OF COUNSEL