IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TONY CHANNELL,** | * |
| **Plaintiff,** | * |
| v. | * CASE NO. 2:07-cv-01103-TFM |
| **NUTRITION DISTRIBUTION, LLC,** | * |
| **d/b/a ANABOLIC EXTREME,** | * |
| **DESIGNER SUPPLEMENTS, INC.,** | * |
| **et al.,** | * |
| **Defendant.** | * |

## NOTICE OF APPEARANCE

Matthew E. Munson, hereby gives the Court notice of appearance as **additional** counsel on behalf of Plaintiff in this cause.

/s/ Matthew E. Munson
Matthew E. Munson (MUN015)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
234 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
(334) 954-7555 facsimile
matt.munson@beasleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that foregoing document was filed electronically on this 4th day of January, 2008 by uploading the same to the Court's CM/ECF system which will send a Notice of Electronic Filing upon all counsel of record.

/s/ Matthew E. Munson
OF COUNSEL