IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TONY CHANNELL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv1103-MHT |
| | ) | |
| NUTRITION DISTRIBUTION, | ) | |
| LLC, d/b/a Anabolic | ) | |
| Xtrene, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion to remand (Doc. No. 12) is set for submission, without oral argument, on January 23, 2008, with all briefs due by said date.

DONE, this the 8th day of January, 2008.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE