UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONY CHANNELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO. 2:07-cv-01103-TFM |
| | * | |
| NUTRITION DISTRIBUTION, LLC, et al., | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT NUTRITION DISTRIBUTION, LLC'S CONSENT
AND NOTICE OF JOINDER IN NOTICE OF REMOVAL**

COMES NOW defendant Nutrition Distribution, LLC and files its Notice of Consent to and joinder in the notice of removal filed by Designer Supplements, Inc. on December 19, 2007. Defendant Nutrition Distribution, LLC says as follows:

1. The plaintiff in the above referenced action filed this lawsuit on November 2, 2007.

2. Defendant Nutrition Distribution, LLC, without waiving in personam jurisdiction defenses, is waiving service of process.

3. On December 19, 2007, the removing defendant filed a Notice of Removal removing this action from the Circuit Court of Covington County to the United States District Court for the Middle District of Alabama.

WHEREFORE, premises considered, defendant Nutrition Distribution, LLC specifically consents to and joins in the Notice of Removal filed by defendant Designer Supplements, Inc.

/s/ Andrew C. Clausen
ANDREW C. CLAUSEN #CLAUA4252
Attorney for Nutrition Distribution, LLC

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

W. Roger Smith, III, Esq.
Matthew Edward Munson, Esq.
Beasley Allen Crow Methvin Portis & Miles
234 Commerce Street
Montgomery, AL  36104

David F. Miceli, Esq.
David F. Miceli, LLC
119 Maple Street, Suite 201
Carrollton, GA  30117

Kathy R. Davis, Esq.
Carr Allison Pugh Howard Oliver & Sisson PC
100 Vestavia Parkway
Birmingham, AL  35216

S. Anthony Higgins, Esq.
Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, AL  36103

Anabolic Resources, LLC
c/o Richard Smith
2440 W. 12th Street, Suite 3
Tempe, AZ  85281

STG Investors, LLC
6628 Sky Pointe Drive, Suite 290
Las Vegas, NE  89131

/s/ Andrew C. Clausen
COUNSEL