IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

_____, )
 )
    Plaintiff, )
 )
v. ) CASE NO. _____
 )
_____, )
 )
    Defendants, )

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW _____, a _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____                       _____
    Date                                 (Signature)

                                          _____
                                          (Counsel's Name)

                                          _____
                                          Counsel for (print names of all parties)
                                          _____

                                          Address, City, State Zip Code

                                          _____
                                          Telephone Number

CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2008, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

W. Roger Smith, III, Esq.
Matthew Edward Munson, Esq.
Beasley Allen Crow Methvin Portis & Miles
234 Commerce Street
Montgomery, AL  36104

David F. Miceli, Esq.
David F. Miceli, LLC
119 Maple Street, Suite 201
Carrollton, GA  30117

Kathy R. Davis, Esq.
Carr Allison Pugh Howard Oliver & Sisson PC
100 Vestavia Parkway
Birmingham, AL  35216

S. Anthony Higgins, Esq.
Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, AL  36103

Anabolic Resources, LLC
c/o Richard Smith
2440 W. 12th Street, Suite 3
Tempe, AZ  85281

STG Investors, LLC
6628 Sky Pointe Drive, Suite 290
Las Vegas, NE  89131

                                      /s/ Andrew C. Clausen
                                      COUNSEL