IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CHANNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-1103-TFM |
| | ) |
| NUTRITION DISTRIBUTORS, LLC, | ) |
| d/b/a ANABOLIC XTREME, DESIGNER | ) |
| SUPPLEMENTS, INC., et al., | ) |
| | ) |
| Defendants, | ) |

**AMENDED NOTICE OF REMOVAL**

COMES NOW the Defendant, Designer Supplements, Inc., pursuant to the Court's Order of January 7, 2008, (Doc. 18), and amends its original Notice of Removal to change Paragraph 1 to state as follows:

1. The Plaintiff, Tony Channell, is an adult resident of Covington County, Alabama. The Plaintiff, Tony Channell, is a citizen of the State of Alabama.

Respectfully submitted this the 11th day of January, 2008.

/s/S. Anthony Higgins
Attorney for Defendant Designer
Supplements, Inc.

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. BOX 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101
email: thiggins@nixholtsford.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following, and/or the same will be placed in the United States Mail to:

Roger Smith, III, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles
234 Commerce Street
Montgomery, AL 36104

David F. Miceli, Esq.
David F. Miceli, LLC
119 Maple Street, Suite 201
Carrollton, GA 30117

Kathy R. Davis, Esq.
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216

Andrew C. Clausen, Esq.
Alford, Clausen & McDonald, LLC
One St. Louis Centre, Suite 5000
Mobile, AL 36602

Anabolic Resources, LLC
c/o Richard Smith
2440 W. 12th Street, Suite 3
Tempe, AZ 85281

STG Investors, LLC
c/o Your Entity Solution, LLC
6628 Sky Pointe Drive, Suite 290
Las Vegas, NE 89131

/s/S. Anthony Higgins
OF COUNSEL