IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CHANNELL, | * |
| Plaintiff, | * |
| v. | *   CASE NO. 2:07-cv-01103-MFT |
| NUTRITION DISTRIBUTION, LLC, d/b/a ANABOLIC EXTREME, DESIGNER SUPPLEMENTS, INC., et al., | * |
| Defendant. | * |

**JOINT MOTION TO STAY RULE 26 (F) ORDER PENDING A RULING ON THE JURISDICTIONAL ISSUES BEFORE THE COURT**

The Parties hereby move the Court to stay its January 7, 2008 Rule 26 (F) Order (Doc. 14) until a ruling is entered on Tony Channell's Motion to Remand (Doc. 12). The Parties further agree that should the Court decide to deny Mr. Channell's Motion to Remand, the Parties will submit a proposed discovery plan within 10 days of such Order.

Submitted:   January 23, 2008.

BY:                                          /s/ Matthew E. Munson
                                             W. Roger Smith, III
                                             Matthew E. Munson
                                             BEASLEY, ALLEN, CROW,
                                             METHVIN, PORTIS, & MILES, P.C.
                                             234 Commerce Street
                                             Montgomery, Alabama 36104

                                             David F. Miceli
                                             DAVID F. MICELI, L.L.C.
                                             119 Maple Street, Suite 201
                                             Carrollton, Georgia 30117

                                             *Attorneys for Tony Channell*

AND:

  /s/ Andrew C. Clausen
Andrew C. Clausen
ALFORD, CLAUSEN, & MCDONALD
One St. Louis Centre
Suite 5000
Mobile, AL 36602

*Attorneys for Nutrition Distribution, LLC*


 /s/ Kathy R. Davis
Kathy R. Davis
CARR, ALLISON, PUGH, HOWARD, OLIVER, & SISSON PC
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

*Attorneys for DPS Nutrition, Inc.*


 /s/ Steven Anthony Higgins
Steven Anthony Higgins
NIX, HOLTSFORD, GILLILAND, HIGGINS, & HITSON, PC
PO Box 4128
Montgomery, AL 36103-4128

*Attorneys for Designer Supplements, Inc.*